Decided April 17, 2003

STATE OF CONNECTICUT *v.* ELVIN SANCHEZ

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 223 (AC 22979), is denied.

*Louis S. Avitabile*, special public defender, in support of the petition.

Decided April 17, 2003